| UNITED STATES BANKRUPTCY COURT | |
|---|---|
| DISTRICT OF NEW JERSEY | |

| | |
|---|---|
| OFFICE OF THE CHAPTER 13 STANDING TRUSTEE<br>Isabel C. Balboa, Esquire<br>Cherry Tree Corporate Center<br>535 Route 38, Suite 580<br>Cherry Hill, New Jersey 08002<br>(856) 663-5002 | |
| In Re:<br><br>BOBBY K. ROUSTAS<br><br>                  Debtor(s) | Case No.<br><br>Judge:<br><br>**STIPULATION REGARDING FAILURE TO ATTEND §341(a) MEETING OF CREDITORS AND FAILURE TO PRODUCE DOCUMENTS** |

**WHEREAS,** an appearance having been made on behalf of the Debtor(s) at a Confirmation hearing and the Trustee and Debtor(s)' counsel have agreed to resolve Debtor(s)' failure to attend a §341(a) Meeting of Creditors and failure to provide tax returns pursuant to 11 U.S.C. §521(e)(2)(B) and FRBP Rule 4002(b)(3) and/or copies of all pay stubs or other evidence of payment received within sixty (60) days before the date of filing of the petition by Debtor(s) from any employer pursuant to 11 U.S.C. §521 (a)(1)(B)(iv) and FRBP Rule 1007(b)(1)(E) (as amended by the General Order dated October 6, 2005);

**NOW THEREFORE,** the Trustee and counsel for Debtor(s), or self-represented Debtor, hereby agree as follows:

1. Within seven (7) days of the date of this Stipulation, Debtor(s) must:

    ___✓___ Provide a copy of the most recently filed federal income tax return;
    ___✓___ Provide 60 days pre-petition payment advices and/or proof of income;
    ___✓___ Provide the following business documents:
          _____ Bank statements
          _____ Profit and loss statement
          _____ Proof of business insurance

2. Within ten (10) days of the date of this Stipulation and upon submission of the above-referenced documents, Debtor(s) must contact the Chapter 13 Trustee to reschedule the §341(a) Meeting of Creditors.

**IT IS STIPULATED** that should Debtor(s) fail to comply with the terms set forth in this Stipulation and upon the receipt of certification by the Trustee and served upon the Debtor(s), who shall have seven (7) days to file and serve a written objection, this case will be dismissed, unless otherwise ordered.

_____
Debtor(s)' Attorney / Self-represented
Debtor

Date    1/16/19

_____
Isabel C. Balboa
Chapter 13 Standing Trustee

Date    1/16/19